IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TALESHA SCHELL and<br>CASSANDRA PRESLEY,<br><br>       Plaintiff,<br><br>v.<br><br>PV HOLDING CORP. and JOHN DOE,<br><br>       Defendant. | CIVIL ACTION NO.<br>7:21-cv-00088 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Talesha Schell and Cassandra Presley, along with Defendants PV Holding Corp. and John Doe, who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this action shall be dismissed with prejudice as to all claims.

Respectfully submitted this 15th day of September, 2021.

*(signatures on following page)*

Prepared and Consented to by:

/s/ Amy Mitchell
Brantley C. Rowlen
Georgia Bar No. 153031
Amy D. Mitchell
Georgia Bar No. 355677

LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Drayton Street, Suite 300
Savannah, Georgia 31401
912.525.4960 –Telephone
912.525.4961 – Facsimile
brantley.rowlen@lewisbrisbois.com
amy.mitchell@lewisbrisbois.com

*Counsel for Defendant PV Holding Corp.*

Consented to by:

/s/ Jody Peterman
Jody D. Peterman
(w/express permission)
Georgia Bar No. 573552

JODY D. PETERMAN, LLC
P.O. Box 6010
Valdosta, GA 31603
petermanlawoffice@yahoo.com
dhanson.petermanlaw@gmail.com

*Counsel for Plaintiffs
Talesha Schell and Cassandra Presley*

/s/ Jonathan M. Adelman
Jonathan M. Adelman
(w/express permission)
Georgia Bar No. 005128

WALDON ADELMAN CASTILLA
HEISTAND & PROUT
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
jadelman@wachp.com

*Counsel for MGA Insurance Company, Inc.*

SO ORDERED this 17th day of September.

W. Louis Sands, Sr. Judge
United States District Court

4841-4164-3003.2                           2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Stipulation of Dismissal* upon all parties to this matter by Via E-Mail and by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed as follows:

|  |  |
|---|---|
| Jody D. Peterman | Jonathan M. Adelman |
| Dillon P. Hanson | WALDON ADELMAN CASTILLA |
| JODY D. PETERMAN, LLC | HEISTAND & PROUT |
| P.O. Box 6010 | 900 Circle 75 Parkway |
| Valdosta, GA 31603 | Suite 1040 |
| petermanlawoffice@yahoo.com | Atlanta, Georgia 30339 |
| dhanson.petermanlaw@gmail.com | jadelman@wachp.com |
| *Counsel for Plaintiffs* | *Counsel for MGA Insurance Company, Inc.* |

Respectfully submitted, this 15th day of September, 2021.

/s/ *Amy Mitchell*

Brantley C. Rowlen
Georgia Bar No. 153031
Amy D. Mitchell
Georgia Bar No. 355677

*Counsel for Defendant PV Holding Corp.*

LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Drayton Street, Suite 300
Savannah, Georgia 31401
912.525.4960 – Telephone
912.525.4961 – Facsimile
brantley.rowlen@lewisbrisbois.com
amy.mitchell@lewisbrisbois.com