IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TALESHA SCHELL and<br>CASSANDRA PRESLEY,<br><br>　　　　Plaintiffs,<br>v.<br><br>PV HOLDING CORP, et al,<br><br>　　　　Defendants. | *<br><br>*<br><br>Case No.   7:21-CV-88(WLS)<br>*<br><br>*<br><br>* |

### **J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　　　　　s/ Robin L. Walsh, Deputy Clerk